**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JOSE ELMER GARCIA CASTILLO,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **NO. SA-26-CV-5911-OLG** |
| | § | |
| **TODD BLANCHE *et al.*,** | § | |
| **Respondents.** | § | |

**ORDER**

Before the Court is the status of these habeas proceedings. Upon review of the record, it appears that Petitioner may have been arrested for theft and therefore subject to mandatory detention under the Laken Riley Act. *See* Dkt. No. 4 at 12–13. However, Respondents failed to attach supporting evidence.

**IT IS THEREFORE ORDERED** that, by **Wednesday, October 21, 2026**, Respondents shall file a supplemental pleading substantiating their claim of Petitioner's theft arrest and append any relevant documentary evidence thereto.

It is so **ORDERED**.

**SIGNED** on October 14, 2026.

ORLANDO L. GARCIA
United States District Judge